IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**WEST VIRGINIA BOARD OF RISK**
**AND INSURANCE MANAGEMENT,**

    **Plaintiff,**

v.                                                     Civil Action No. 3:23-cv-00622
                                                          Honorable Robert C. Chambers

**JUSTIN K. BLACK and NATIONAL**
**UNION FIRE INSURANCE COMPANY**
**OF PITTSBURGH, PA,**

    **Defendants.**

## ACCEPTANCE OF SERVICE

The undersigned counsel, Michael Kanovitz of Loevy & Loevy and Lonnie Simmons of Dipiero Simmons McGinley & Bastress, PLLC, do hereby accept service of the Summons and Complaint for Declaratory Relief in the above-captioned matter on this 5th day of December, 2023, on the behalf of Justin K. Black.

                                                                  /s/ Micheal Kanovitz
                                                                  Michael Kanovitz, Esquire
                                                                  Loevy & Loevy
                                                                  311 North Aberdeen Street, Third Floor
                                                                  Chicago, IL 60607
                                                                  (312) 243-5900

                                                                  /s/ Lonnie C. Simmons
                                                                  Lonnie C. Simmons (W.Va. I.D. No. 3406)
                                                                  DIPIERO SIMMONS MCGINLEY & BASTRESS, PLLC
                                                                  P.O. Box 1631
                                                                  Charleston, West Virginia 25326
                                                                  Phone: (304) 342-0133
                                                                  Fax: (304) 342-4605